IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

09 MAR 23 PM 2:23

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | |
| | COMPLAINT |
| BANE SPECIALTY SERVICES, INC., and BANE PERSONNEL MANAGEMENT, INC., a/k/a BANE PERSONNEL MANGEMENT SERVICES, INC., a/k/a BANE PERSONNEL MANAGEMENT SERVICES, INC., | JURY TRIAL DEMAND |
| Defendants. | 1:09-cv-0353SEB-DML |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Rex Johnson and Jason Haun who were adversely affected by such practices. As alleged with greater particularity in paragraph 7 below, the EEOC alleges that the Defendants filed a lawsuit against Johnson and Haun in retaliation for their having filed a charge of discrimination under Title VII and/or assisted in proceedings under Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendants Bane Specialty Services, Inc., and Bane Personnel Management, Inc., a/k/a Bane Personnel Mangement Services, Inc., a/k/a Bane Personnel Management Services, Inc. (the "Employer"), have continuously been Indiana corporations doing business in the State of Indiana and the City of Richmond, and have continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, a charge was filed with the Commission by Leslie E. Silverman, a member thereof, alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least March 10, 2008, Defendant Employer has engaged in unlawful employment practices, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). Defendant Employer has filed a lawsuit (*Bane v. Chappel*, No. 1:08-cv-310-RLY-DML, S.D.

Ind., filed 2008 March 10) against Rex Johnson and Jason Haun (among others) in retaliation for (a) Haun having filed a Title VII charge and having participated or assisted in the proceeding of that charge with the City of Richmond Human Rights Commission and (b) Johnson having testified, assisted, or participated in an investigation, proceeding, and hearing under Title VII by the City of Richmond Human Rights Commission.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Rex Johnson and Jason Haun of equal employment opportunities and otherwise adversely affect their status as former employees because of their having filed a charge or assisted in a proceeding under Title VII.

9. The unlawful employment practices complained of in paragraph 7 above were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were and are done with malice or with reckless indifference to the federally protected rights of Jason Haun and Rex Johnson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from discriminating against any of its employees or former employees because the employees or former employees have opposed any practice made an unlawful employment practice by Title VII, or because the employees or former employees have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under Title VII.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices and which provide equal employment opportunities for employees or former employees who have opposed an unlawful employment practice or have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under Title VII.

C. Order Defendant Employer to make whole Jason Haun and Rex Johnson, by providing affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to dismissing its lawsuit (No. 1:08-cv-310-RLY-DML, S.D. Ind., filed 2008 March 10) against Haun and Johnson.

D. Order Defendant Employer to make whole Rex Johnson and Jason Haun, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

E. Order Defendant Employer to make whole Jason Haun and Rex Johnson by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant Employer to pay Jason Haun and Rex Johnson punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully Submitted,

*[signature]*
LAURIE A. YOUNG, #11480-49
Regional Attorney

*[signature]*
MICHELLE EISELE, #12070-49
Supervisory Trial Attorney

*[signature]*
KENNETH L. BIRD, #10780-02
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis IN 46204-4239
Phone: (317) 226-7204
Fax: (317) 226-5571
Email: Kenneth.Bird@EEOC.gov